**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1104**

———————

DANIEL JOHNSON WILLIS, Chairman, Jones County
Improvement Association,

                                        Plaintiff - Appellant,

        and

JONES COUNTY IMPROVEMENT ASSOCIATION,

                                        Plaintiff,

        versus

TOWN OF TRENTON, NORTH CAROLINA; SYLVIA A.
WILLIS, Mayor; WILLARD O. LEWIS, Council
Member; AL RIGGS, Council Member; CHARLES
JONES, Council Member; C. GLENN SPIVEY, Town
Clerk; TRENTON MEMORIAL ASSOCIATION, C. Glenn
Spivey as President; CAROL M. HOOD; INEZ
KOONCE BANKS,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Malcolm J. Howard,
District Judge. (CA-03-7-MC-H)

———————

Submitted:  June 18, 2004          Decided:  July 13, 2004

———————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

Daniel Johnson Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying his motion to reconsider its denial of his request to file a complaint. Willis is subject to a pre-filing review order with regard to actions against the Town of Trenton, which was named as a defendant in the present complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Willis v. Town of Trenton</u>, No. CA-03-7-MC-H (E.D.N.C. Jan. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>